KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRILL BLAIR<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, GROUP LIFE AND ACCIDENCENTAL DEATH AND DISMEMBERMENT INSURANCE FOR EMPLOYEES OF TRB OILFIELD SERVICES, INC. and GROUP LONG TERM DISABILITY INSURANCE FOR EMPLOYEES OF TRB OILFIELD SERVICES, INC.,<br><br>Defendant. | Case No. CV 19-1362-GW-RAOx<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the stipulation of the parties, the above-entitled action is dismissed with prejudice.

Each party shall bear its and his own fees and costs.

DATED: November 4, 2019

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525